COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-03-141-
CV

IN RE DERRICK SHAW RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relator's petition for writ of mandamus 
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

DATED June 12, 2003.

PER CURIAM

PANEL A
: GARDNER, J.; CAYCE, C.J.; and HOLMAN

FOOTNOTES
1:
See 
Tex. R. App. P. 47.1
.